FILED

10/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0141

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0141

---

IN THE MATTER OF THE MENTAL HEALTH OF:

A.O.,

      Respondent and Appellant.

---

## GRANT

---

     Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 9, 2020, to prepare, file, and serve the Appellant's reply brief.

     No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 30 2020